1  DOUGLAS A. WINTHROP (No. 183532)
   Email: dwinthrop@howardrice.com
2  JEFFREY E. FAUCETTE (No. 193066)
   Email: jfaucette@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiff
   BEVERAGES & MORE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERAGES & MORE, INC., a Delaware corporation, | No. C05-4659 PVT |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE |
| v. | |
| RITE AID CORPORATION, a Delaware corporation, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE

1    WHEREAS, March 7, 2006 is the current deadline for the Parties to exchange initial
2 disclosures and to file a case management conference statement in this matter.
3    WHEREAS, this matter is set for an initial case management conference on March 14,
4 2006.
5    WHEREAS, the Parties have been engaged in fruitful settlement negotiations, believe
6 that a settlement may be reached in the near term and wish to avoid unnecessary
7 expenditures of time and resources by the Court or the Parties.
8    THEREFORE THE PARTIES HEREBY STIPULATE TO THE FOLLOWING
9 MODIFICATION TO THE EXISTING SCHEDULE IN THIS MATTER:
10    1.    The initial case management conference set for March 14, 2006 is hereby
11 vacated.
12    2.    The Parties shall appear for an initial case management conference before
13 Magistrate Judge Patricia V. Turnbull on April 11, 2006 at 2:00 p.m., or such other date
14 subsequent to April 11 as may fit the Court's calendar.
15    3.    The Parties shall complete initial disclosures or state objection in a Rule 26(f)
16 Report, file and serve Case Management Statement and file and serve a Rule 26(f) Report no
17 later than seven days prior to the rescheduled initial case management conference.
18    The parties respectfully request that the Court approve and sign this Order.

DATED: March 7, 2006.

                                       Respectfully,

                                       DOUGLAS A. WINTHROP
                                       JEFFREY E. FAUCETTE
                                       HOWARD RICE NEMEROVSKI CANADY
                                            FALK & RABKIN
                                       A Professional Corporation

                                       By:  _____/s/_____
                                                 JEFFREY E. FAUCETTE

                                       Attorneys for Plaintiff BEVERAGES & MORE, INC.

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE

-1-

DATED: March 7, 2006.

Respectfully,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
CARLA B. OAKLEY

Attorneys for Defendant RITE AID CORPORATION

## ORDER

IT IS SO ORDERED.

Dated: ___3/8/06___, 2006  _Patricia V. Trumbull_

Honorable Patricia V. Turnbull
United States Magistrate Judge

W03 030706-100970036/Y01/1268740/v1