1  CARLA B. OAKLEY (Cal. Bar No. 130092)
       coakley@morganlewis.com
2  BRUNO W. TARABICHI (Cal. Bar No. 215129)
       btarabichi@morganlewis.com
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001

6  Attorneys for Defendant
   RITE AID CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | BEVERAGES & MORE, INC., a Delaware corporation, | Case No. C 05 4659 PVT
13 |                                                 | **STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE**
14 |                       Plaintiff,                |
15 |        vs.                                      |
16 | RITE AID CORPORATION, a Delaware corporation,   |
17 |                       Defendant.                |

1-SF/7356718.1

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE

1  WHEREAS, April 4, 2006 is the current deadline for the Parties to exchange initial
2  disclosures and to file a case management conference statement in this matter.
3  WHEREAS, this matter is set for an initial case management conference on April 11,
4  2006.
5  WHEREAS, the Parties have agreed on the terms of a settlement, in principle, and
6  anticipate that they will be able to finalize a written settlement agreement shortly. The Parties
7  wish to avoid unnecessary expenditures of time and resources by the Court or the Parties.
8  WHEREAS, this is only the second request for an extension of time; the Parties
9  previously requested a one-month extension to facilitate settlement negotiations, which this Court
10 granted. The parties do not anticipate the need for any further extensions.
11 THEREFORE THE PARTIES HEREBY STIPULATE TO THE FOLLOWING
12 MODIFICATION TO THE EXISTING SCHEDULE IN THIS MATTER:
13    1.   The initial case management conference set for April 11, 2006 is hereby vacated.
14    2.   The Parties shall appear for an initial case management conference before
15 Magistrate Judge Patricia V. Turnbull on May 9, 2006 at 2:00 p.m., or such other date subsequent
16 to April 11 as may fit the Court's calendar.
17    3.   The parties shall complete initial disclosures or state objection in a Rule 26(f)
18 Report, file and serve Case Management Statement and file and serve a Rule 26(f) Report no later
19 than seven days prior to the reschedule initial case management conference.
20    The parties respectfully request that the Court approve and sign this Order.
21 Dated: March 30, 2006                    Respectfully,
22                                          HOWARD RICE NEMEROVSKI CANADY
                                                   FALK & RABKIN
23                                         A Professional Corporation
24
25                                         By: _____
26                                              Jeffrey E. Faucette
                                           Attorneys for Plaintiff BEVERAGES &
27                                         MORE, INC.
28
                                    1

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE

Dated: March 30, 2006

Respectfully,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Carla B. Oakley
Attorneys for Defendant RITE AID
CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated: ___3/30/06___, 2006     _____
Honorable Patricia V. Turnbull
United States Magistrate Judge

2